# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron C. Wilson, | No. CV-19-04561-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Attorney General of the State of Arizona, et al., | |
| Respondents. | |

On November 16, 2020, Magistrate Judge Deborah F. Fine issued a Report and Recommendation ("R&R") recommending Petitioner Aaron C. Wilson's amended petition seeking a federal writ of habeas corpus (Doc. 5) be denied and dismissed with prejudice. Petitioner's objections were due December 3, 2020. Petitioner did not file any objections. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** the Amended Petition for Writ of Habeas Corpus (Doc. 5) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because as to specified claims (Doc. 20 at 21–26) asserted in Grounds I, III, and IV, dismissal of the amended petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable, and as to the ineffective assistance of

counsel claims under Ground I decided on the merits (Doc. 20 at 30–36, Petitioner has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and jurists of reason would not find the Court's assessment of Petitioner's constitutional claims "debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS FURTHER ORDERED** the Clerk of Court shall close this matter.

Dated this 13th day of January, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge